S. LANE TUCKER
United States Attorney

WILLIAM R. REED
WILLIAM A. TAYLOR
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, AK 99802
Phone: (907) 796-0400
Email: william.r.reed@usdoj.gov
Email: william.taylor@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>KADEN AUGUST OLLILA,<br><br>                    Defendant. | No.  1:24-cr-00003-JMK-MMS<br><br>COUNT 1:<br>SEXUAL EXPLOITATION OF A CHILD-DISTRIBUTION OF CHILD PORNOGRAPHY<br>    Vio. of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)<br><br>COUNT 2-3:<br>CYBERSTALKING<br>    Vio. of 18 U.S.C. §§ 2261A(2)B and 2261(b)5 |

**INDICTMENT**

The Grand Jury charges that:

<u>COUNT 1</u>

Between a date unknown to the Grand Jury and on or about January 19, 2024, in

the District of Alaska, the defendant, KADEN AUGUST OLLILA, did knowingly

distribute any child pornography, a defined by 18 U.S.C. §2256(8)(A), using any means and facility of interstate and foreign commerce and that has been mailed, and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All of which is in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## COUNT 2

On or about January 24 and 25, 2024, within the District of Alaska, KADEN AUGUST OLLILA, with the intent to harass and intimidate the victim, used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely email, interstate wires, and the Internet, to engage in a course of conduct, that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to another individual by using TikTok to send the victim messages describing his desire to sexually assault her along with explicit details describing how he would accomplish such an assault.

All of which is in violation of 18 U.S.C. §§ 2261A(2)B and 2261(b)5.

## COUNT 3

On or about February 4 and 5, 2024, within the District of Alaska, KADEN AUGUST OLLILA, with the intent to harass and intimidate the victim, used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely email, interstate wires, and the Internet, to engage in a course

Case 1:24-cr-00003-TMB-MMS   Document 4   Filed 03/20/24   Page 2 of 3

of conduct, that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to another individual by using Instagram to send the victim multiple, unsolicited images of himself masturbating while viewing an image of the victim and by sending the victim child pornography images.

All of which is in violation of 18 U.S.C. §§ 2261A(2)B and 2261(b)5.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ William R. Reed
WILLIAM R. REED
Assistant U.S. Attorney
United States of America

s/ Kate Vogel for
S. LANE TUCKER
United States Attorney

DATE: _____ 3/19/2024 _____