S. LANE TUCKER
United States Attorney

WILLIAM TAYLOR
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: william.taylor@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>KADEN OLLILA,<br><br>            Defendant. | No. 1:24-cr-00003-JMK-MMS |

**NOTICE OF INTENT TO SEEK DETENTION HEARING**

Comes now the United States of America and advises this Court that it will move for a hearing to determine whether the defendant should be detained pending trial. A hearing is appropriate because there is a serious risk that the defendant will flee, under 18 U.S.C. § 3142(f)(2)(A), and a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror, under 18 U.S.C. § 3142(f)(2)(B).

The defendant Kaden Ollila has been indicted for distributing explicit images and

videos of minors under the age of 18 years old and cyber stalking. Ollila knows many of the victims and will contact them through various electronic means to torment them about his use and distribution of the explicit images. He has extorted new pornographic images from his victims by threatening to send old explicit images to the victim's friends and family. Indeed, on various occasions he done just that and sent images to victims' close associations. In one instance he told the victim he wished he had raped her in the past when he had an opportunity and fantasized about doing so in the future. He taunts the victim about collecting evidence for the police but that he does not care and continued sending disturbing messages.

The investigation to present has revealed he has victims in Alaska, Washington, and California. The defendant posts the images to various pornographic websites with the authentic name and city of the victims who are depicted in the images. He also sent unwanted videos of himself masturbating to pornographic and non-pornographic images of his victims. He also sent videos of other men doing the same thing. Ollila tells victims he enjoys tormenting them and says he is sexually gratified by his tormenting.

This conduct overall demonstrates Ollila is an extreme risk of threatening, intimidating, and harassing victims and witnesses. Even when he knew his actions would draw police attention he continued on his course of action. Every image and message he sends re-victimizes his many targets. Additionally, he has discussed his desire to engage in physical violence against some victims.

Ollila is also a flight risk as he faces significant sentence in federal prison and does

not have strong ties to any one community having recently lived in Alaska, California, and now Washington.

Thus, there are no conditions of combination of conditions which will assure the safety of the community and his appearance in court. The court should therefore order the defendant detained pending trial.

RESPECTFULLY SUBMITTED March 21, 2024 at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s *William Taylor*
WILLIAM TAYLOR
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2024 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s William Taylor