UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 4 2026



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>KADEN AUGUST OLLILA,<br><br>Defendant - Appellant. | No. 25-5302<br><br>D.C. No.<br>1:24-cr-00003-TMB-MMS-1<br>District of Alaska,<br>Juneau<br><br>ORDER |

The motion (Docket Entry No. 14) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT